## AMOS v. N.C. FARM BUREAU MUT. INS. CO.

No. 393PA91

Case below: 103 N.C.App. 629

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1991.

## BASS v. N.C. FARM BUREAU MUT. INS. CO.

No. 012PA91

Case below: 103 N.C.App. 272

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1991.

## BLEVINS v. TAYLOR

No. 350P91

Case below: 103 N.C.App. 346

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 6 November 1991.

## BOYD v. L. G. DEWITT TRUCKING CO.

No. 366P91

Case below: 103 N.C.App. 396

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

## CLEVENGER v. PRIDE TRIMBLE CORP.

No. 414P91

Case below: 103 N.C.App. 664

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.